IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 11, 2006; decided December 14, 2006

IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 11, 2006; decided December 14, 2006

Motion by Legal Services for Prisoners with Children et al. for leave to appear amici curiae on the appeal herein granted only to the extent that two copies of the brief may be served and 24 copies filed within seven days.